# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | : | No. 4:13-cv-00783 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| 101 ACRES AND 41,342 SQ. FT. MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al., | : | |
| Defendants. | : | |
| COLUMBIA GAS TRANSMISSION, LLC, | : | No. 4:13-cv-00785 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| 1.5561 ACRES MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## **ORDER**

**October 26, 2016**

AND NOW, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Expert Testimony Based on False Extraordinary Assumptions, ECF No. 119, is **DENIED**.

2. Defendants' Motion to Exclude Testimony and Evidence of Plaintiff's Expert Witness, ECF No. 115, is **DENIED**.

3. Defendants' Motion to Exclude Plaintiff's Witnesses, ECF No. 117, is **DENIED**.

4. Plaintiff's Motion to Exclude Improper Lay Opinion and Other Testimony by Defendants, ECF No. 121, is **GRANTED IN PART AND DENIED IN PART**.

5. Plaintiff's Motion to Exclude Testimony relating to Fear of Pipelines, ECF No. 113, is **GRANTED IN PART AND DENIED IN PART**.

6. At the request of the parties, the Court has decided the following two issues as a matter of law and will instruct the jury accordingly:

    (a) The date of the taking was December 9, 2014.

    (b) The rights taken included the "Right-of-Way" documents appended to the Complaints in Condemnation.

                                    BY THE COURT:

                                    s/ Matthew W. Brann
                                    Matthew W. Brann
                                    United States District Judge